# AFFIDAVIT OF SERVICE

| Case:<br>6:19-cv-00060-SEH | Court:<br>United States District Court For The District Of Montana Helena Division | County:<br>Lewis and Clark, MT | Job:<br>3859679 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Nicole Phillips | | **Defendant / Respondent:**<br>Unum Life Insurance Company Of America; and John Does 1-10 | |
| **Received by:**<br>We Get'em Served | | **For:**<br>Doubek, Pyfer & Storrar | |
| **To be served upon:**<br>Severin M. Beliveau, Registered Agent | | | |

I, Sonia Koenig, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Severin M.Beliveau, Registered Agent, Company: 45 Memorial Circle, Augusta, ME 04330
**Manner of Service:** Registered Agent, Oct 9, 2019, 11:53 am EDT
**Documents:** Summons and Complaint And Demand For Jury Trial (Received Sep 26, 2019 at 4:30pm EDT)

**Additional Comments:**
1) Successful Attempt: Oct 9, 2019, 11:53 am EDT at Company: 45 Memorial Circle, Augusta, ME 04330 received by Severin M.Beliveau, Registered Agent. Age: 81; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'11"; Hair: Brown; Eyes: Brown; Other: Severin M. Beliveau drove into the parking lot of Preti Flaherty at 45 Memorial Circle, Augusta, ME 04330 where he works as an attorney. He was driving a black Audi with Maine license plate #86. He was wearing a tan suite with a red tie. I approached Mr. Beliveau in the parking lot on his way into his office. I served him with the Summons and Complaint And Demand For Jury Trial as the Registered Agent for Unum Insurance Company Of America on October 9, 2019 at 11:53 AM. ;

_Sonia Koenig_ 10/11/19
Sonia Koenig / Date

We Get'em Served
PO Box 704
Searsport, ME 04974
(207) 358-0411

Subscribed and sworn to before me by the affiant who is personally known to me.

_Alison M. Applegate_
Notary Public

10-11-19
Date

My Commission Expires June 13, 2020
Notary Public, State of Maine
Alison M. Applegate