IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| NICOLE PHILLIPS,<br><br>                       Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and JOHN DOES 1-10,<br><br>                      Defendants. | No. CV 19-60-H-SEH<br><br>**ORDER** |

A Stipulation for Dismissal With Prejudice[1] having been filed,

ORDERED:

This case is DISMISSED with prejudice, each party to bear its own costs and fees.

DATED this 14th day of May, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 14.